IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01457-BNB

JONATHAN LEE RICHES,

    Plaintiff,

v.

LEONA M. HELMSLEY, and
HARRY B. HELMSLEY,

    Defendants.



F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
    CLER

## ORDER OF DISMISSAL

    Plaintiff, Jonathan Lee Riches, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution – Williamsburg, in Sauters, South Carolina. Mr. Riches filed *pro se* a document titled "Preliminary Injunction/Temporary Restraining Order" alleging that he was in imminent danger of serious physical injury because the individuals handing the Helmsley trust threatened him with the Helmsleys' dog, threatened to drown him in the Colorado River, and threatened to throw him off a chairlift in Aspen. The Court reviewed the document and determined it was deficient. Therefore, in an order filed on July 11, 2008, Magistrate Judge Boyd N. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Riches to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

    The July 11, 2008, order pointed out that Mr. Riches failed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915. The July 11 order also pointed out that Mr. Riches failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Riches that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice. Mr. Riches has failed within the time allowed to cure the deficiencies listed in the July 11 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that the document titled "Preliminary Injunction/ Temporary Restraining Order" is denied as moot.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01457-BNB

Jonathan Lee Riches
Reg. No. 40948-018
FCI - Williamsburg
PO Box 340
Salters, SC 29590

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk